**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anant Kumar Tripati, | No. CV-18-00066-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Defendant Corizon Health, Inc.'s Motion to Consolidate. (Doc. 258.) Defendant seeks consolidation of the case *Tripati v. Corizon, et al.*, 2:18-CV-03313-JJT-JFM, a matter pending in the Phoenix division of the District of Arizona, with the instant case. (*Id.*) Both lawsuits involve claims of alleged inadequate medical care for Plaintiff's medical conditions of hypertension, pain, and a lung condition. (*Id.*) As the two actions involve common questions of law or fact, the Court finds that consolidation under Rule 42(a) of the Federal Rules of Civil Procedure is appropriate.

. . . .

. . . .

. . . .

. . . .

Accordingly,

**IT IS ORDERED** that the Motion to Consolidate (Doc. 258) is **granted**. Case number 2:18-CV-03313-JJT-JFM is reassigned to Judge Rosemary Márquez and is consolidated with the above-entitled action. All future filings shall be made in the consolidated matter under case number CV-18-00066-TUC-RM.

Dated this 31st day of March, 2020.

Honorable Rosemary Márquez
United States District Judge